# EXHIBIT A

Carlos Mota dos Santos, president of Mota-Engil: "The major delays in the works are all by Spanish companies" - Expresso



< ANT.

NEXT. >

By   Whoever Stays at Iberdrola Gets More Offer €100

Exclusive

**ECONOMY**

# Carlos Mota dos Santos, president of Mota-Engil: The major delays in the works are all by Spanish companies.



**Nuno Botelho**

It is false that there is no capacity in Portugal to do all the public works that are anticipated for the country in the coming years, the president of the largest construction group in the country argues. In an interview with Expresso (whose full version is

published here), Carlos Mota dos Santos insists that Portuguese companies cannot be discriminated against compared to Spanish companies.



December 26, 2024, 5:57 p.m.



**Pedro Lima**
Deputy Economy Editor

**Nuno Botelho**
Photojournalist

The president of Mota-Engil criticizes what he considers to be the low base values of the works put out to tender in Portugal, which in his opinion limit competition. Despite signs of an improvement at this level, he points his finger at the contest for the second section of the first phase of the Porto-Lisbon high-speed line (between Oiã and Soure), whose price he considers is also out of touch with reality, as well as that of the first section, between Porto and Oiã. "It's an atrocious demand," says Carlos Mota dos Santos. Still, the consortium of six Portuguese companies that Mota-Engil leads, and to whom the first section was awarded, will deliver a proposal for the second section in January. The company also says that it will compete for all high-speed projects (the rest of the Porto-Lisbon line and the Porto-Vigo and Lisbon-Évora lines) as well as the new Lisbon airport and the expansions of the metros of Porto and Lisbon.

**For many years Portugal studied, analyzed, and decided to even move forward with important infrastructure projects that it never completed later. Do you believe that these works will really be made out of this?**

I think that today there is a political consensus in what is called the arch of governance, between the two main parties, PSD and PS, with regard to these priority infrastructures. Both in the high-speed railway project, as well as in the new Lisbon airport and in strengthening the capacity and quality improvement of the current Humberto Delgado airport, along with other projects such as the expansion of the Lisbon and Porto metros and other infrastructure projects. There is no general consensus as to whether everything is discussed, whether the gauge of

Carlos Mota dos Santos, presidente da Mota-Engil: "The major delays are work across all Spanish companies" - Expresso

the new train lines should be Iberian or European, or whether the airport should be where it is decided or elsewhere. But regardless of that, both in the previous Government and now in this one, there were decisions. It is being implemented and now the execution needs to start. We can't always keep deciding and failing to decide things. After the execution started, these topics become less enthralling and less controversial and discussed.

**In 2012 Portugal abandoned the high-speed project and the consortium that won the project is still claiming compensation in court.**

At that time, under the financial bailout agreed with the troika, it was necessary to abandon a series of projects. Portugal today is in a situation that I would not say is diametrically opposite but very different in terms of macroeconomics, it is experiencing a good period, so I do not anticipate any such problem. Of course, next year is going to be a year with a lot of uncertainty, especially internationally.

## *"With so many uncertainties globally, the last thing Portugal needs is a political crisis"*

**Doesn't a possible political crisis in Portugal concern you if the current PSD/CDS minority government falls?**

Not because the decisions come from agreements between the two main parties. And I hope that there is good judgment in Portugal, the sense of the State, of not creating a political crisis in a year of such great uncertainties globally, which start on January 20 with the inauguration of a new Administration in the United States. Which will force Europe to give an answer, and I don't know if it will manage, because two of the main economies, France and Germany, are going through a serious political, economic, and financial crisis, a complicated combination that will lead to elections in Germany in February, and in France, I also fear there will be elections sooner or later, with results likely to bring greater dangers to Europe's competitiveness and consequently also to Portugal. Therefore I hope there is on the

one hand good judgment and on the other a sense of responsibility so that we will have a year in 2025 without great political instability, especially since we will have local elections in October and presidential elections in early 2026. I hope there is no temptation in this regard, because the last thing the country needs, whether economically, at the company level, or socially, is to have a political crisis especially in such a difficult context in the United States and Europe, with the war in Ukraine, without knowing very well what will happen with the war in the Middle East now also with the news from Syria, in a very complicated geopolitical context, notably with increasing commercial tension – I hope it won't go beyond that – between the Chinese bloc and the US bloc. There are a lot of balls in the air and ours is on the ground, it's under control, we're not going to ruin things.

**Are you going to apply for all the major public works that are launched in Portugal?**

Of course, yes. We are talking about all the infrastructures connected to high speed, the expansion of the Humberto Delgado airport, and the networks of the metros of Porto and Lisbon, and then the new Lisbon airport, which is still to be defined in terms of its outlines. There is still great uncertainty about the model that will be followed at the airport, but in any case, Mota-Engil will obviously be an inevitable actor in this aspect.

**We went from a phase where we had few works, which led companies like Mota-Engil to transfer some of the resources outside the country, and now we are in a phase where there is a lot going on. And sometimes the question arises of whether the sector has the capacity, throughout its ecosystem, to respond to all the works that are coming. There is the idea that the works are always delayed and are always more expensive than initially anticipated. Does the sector not have the capacity to respond to so much work?**

We have heard in recent times that there is no capacity in Portuguese companies for the infrastructure that is coming, which is why we have to have foreign companies. Nothing could be further from the truth, we are an example of this. We are now the European company with the highest number of railway miles under construction in the last 3 years, only probably outperformed by Chinese companies. We currently have nearly 1,800 km of railway built between Mexico - the Tren Maya, but also several railway projects in the metros of Guadalajara and Monterrey

-, in Colombia on the new Medellin Metro line, in what is our biggest project ever, the Kano-Maradi line in Nigeria, in the Lobito corridor in Angola, which is a concession in which Mota-Engil participates at 50% and in which we are doing the rehabilitation of the line throughout its extension, in addition to all the projects in which we have participated in Railway 20200 and Railway 2030 here in Portugal. We are by far the European company with the highest railway construction capacity, so if there are projects, there are opportunities, there is capacity, it is a matter of companies investing. What is needed is predictability and planning, and at the level of predictability, there being the timing and capacity allocation for companies to prepare, invest, and be able to be competitive. This predictability has been lacking until recently. I think there was always a very large degree of unpredictability. Today, fortunately, we have a much more certain predictability framework, and it was this same predictability that allowed us to establish a grouping of 6 Portuguese companies that is so competitive for the first section of high speed (Porto-Oiã). It was done in a timely manner. We had time to study the project, to find solutions, to work with Portuguese designers, and to have a proposal that fit into such a demanding base price. The lack of capacity of the Portuguese construction industry is a false issue. If construction companies actively participate in the infrastructure that is forecast, they will be able in the near future to internationalize in a more serious way. There was an internationalization process at the time of the 2008/2010 crisis in which many companies had to internationalize but for bad reasons, that is, due to the disruption that occurred in the national market. This led to a disorganized internationalization process, the companies were not qualified, they did not have sufficient balance sheets to do so, they did not have financing structures and many of these companies, unfortunately, today are no longer here. Portuguese companies, participating in these large infrastructures, not only create wealth and value and employment here in Portugal - because there is a multiplier effect at the supplier level, at the subcontractor level, at the indirect labor level, at the level of services from accommodation, hospitality, etc. that is created here - and then they have stronger balance sheets so that they

can have an international adventure, but in a planned and organized way. Today Mota-Engil is the largest construction company in Portugal, but we need to have companies of a similar size.

**Does this consortium of Portuguese companies that applied for high speed, and that, in addition to Mota-Engil, includes Teixeira Duarte, Casais, Alves Ribeiro, Conduril and Gabriel A.S. Couto – represent a new phase of the sector, with the combination of efforts, which can also be seen internationally?**

It is a consortium of companies that share the same vision that Portuguese engineering is an excellent type of engineering. They are companies with the capacity not only to face these challenges, but who will have increased capacity, increased value if they participate in these projects, many of them are international and then they will be better able to have international activity. Which doesn't mean we're going to work in a consortium out there, but we can do it. I think it's a new phase in the sector, because there was a "debacle" in the sector, there are now smaller companies than there were 15 years ago. We believe that it is necessary to create more national champions, larger companies. It is a vision that is also shared by the association of the sector, AICCOPN, through the newly created Observatory and one that is not exclusively of the construction companies. The consortium is a visible face of an entire set of other engineering contractors. Our designers are all Portuguese. We have a consortium of 3 Portuguese designers who then subcontract, our auditing companies will be Portuguese, etc. We are talking about a much larger sector than just the visible face. And in this regard, we believe that in this way we can be more competitive, have greater capacity and with this also strengthen an entire sector of the national industry. When there is a lack of capacity, this is a fallacy, it is an excuse.

**But there are works in the country that are going wrong.**

If we look at the great delays we have in the works, namely in Railway 2020, they are all by Spanish companies. All of them, I say this without any kind of shame because it's reality. In the southern international corridor (Evora-Elvas), there is no Portuguese company with delayed works. There are two sections of Spanish

companies to be completed; the one in the middle was done by us and is ready, it starts nowhere and ends nowhere. The other two are by the Spanish and are not ready. There is the Beira Alta Line, the hospital in Évora... I don't argue that Portuguese companies have get the awards just because of that. We have to be competitive, we have to have a price, we have to have quality, we have to be on time. But many works are delayed by circumstances outside the contractor's control or the entrepreneur's performance, there are delays in the tender phase, there are challenges, delays in the Court of Auditors, archaeological or environmental issues that stop the works. For example, we have significant delays in drainage tunnels because in archaeological terms several artifacts were found, which puts great conditions on the start-up of the tunneling company. It was not due to lack of productivity of the work itself. If they are going to do an analysis, namely on Railway 2020, on the expansions of the metro lines, namely in Porto, the delays that exist are all by non-Portuguese companies, all of them. I don't say this to attack non-Portuguese companies, I say this to defend Portuguese companies. We can't have this half-baked notion that what comes from outside is better. Because in Spain only Spanish companies work, Portuguese companies do not work there, nor do French companies. There is market protection. I don't advocate for this, what I advocate is that we are as good or better than the others. We at Mota-Engil have proven ourselves and are as good or better than international companies, but I say more, Portuguese companies in general are as good or better than international companies. We have an industry of excellence that is engineering, so we have to be proud and we have to promote it. The idea that we do not have capacity is false.



Nuno Botelho

## *"The price of the second high-speed section has been increased, but it remains a tough requirement"*

**What the Infrastructure of Portugal has said is that there were at one time many works to be launched at the same time and that the sector did not have the capacity to respond. Is it a false question or effectively at the beginning when the works began to be launched, was there still no such capacity to respond?**

I think that doesn't make any sense. Why was everything delayed? In the first phase because there were tenders for the preparation of execution projects with very low base prices. The designers, since they had very low base prices, did projects of poor quality, that is, they did not invest in the projects. Then these projects served as the basis for the contractor's tender, again with very low base prices and generating highly deficient projects, which led to immense problems in the works because the projects were absolutely omissive and deficient. We had a regime in Portugal in which the builders could not make changes to the execution project, they could not

Case 1:25-cv-02090   Document 1-1   Filed 12/19/25   Page 10 of 31

26-12-2024, Carlos Mota dos Santos, presidente da Mota-Engil: "Os grandes atrasos nas obras são todos de empresas espanholas - Spanish companies" - Expresso

do value engineering, they could not propose variants, so in terms of errors and omissions and extra work, it was a real nightmare. The projects were not of sufficient quality. I think this was mitigated by rising base prices because tenders have begun to become void. This is not a lack of industry capability. If the base prices are low, the companies simply don't compete.

**Why were these prices so out of touch with reality?**

There was a Finance dictatorship. We have to change the concept here a bit and fortunately I think we are changing it: companies exist to be profitable, they cannot be vehicles for subsidizing public investment. The thing is that after the works are delayed, the companies go bankrupt, they do not pay salaries, that is, it is the world turned upside down. The Spanish did not delay the works on purpose, they won the works with prices so low that they then purely stopped the works until they solved the problems. Because they are not here, they are not Portuguese companies, they have a more aggressive strategy in terms of contractual management, they stop the works until they solve the problems and the problems remain. The base values were low, they started to rise, and then there was another change that was the shift to the construction design regime that allows companies to develop better quality projects and differentiate the companies a little. It is not due to lack of sector capacity that the works are not done or that the works are delayed. Often works are not done because they are not launched. And second, often the works are delayed not only due to the minutiae of archaeology, the environment, the challenges, but also due to insufficient base values. The tender model, namely the assessment of the base prices, needs to be improved. Low base prices soon limit competition. For example, on the violet line of the Lisbon Metro, there is a risk of losing the funds of the Recovery and Resilience Plan (*Plano de Recuperação e Resiliência* [PRR]), because the tender was void due to an unrealistic base price. Having miserable base prices limits competition. We saw it in high speed, in the first section, and we're going to see it in the second one as well.

**But in the second section, Oiã-Soure, we already have a value within reality, right?**

No, we don't have it, unfortunately. It remains an atrocious requirement, even tough the base value has been increased by €300 million. And this is because it is a project that has much lower degrees of freedom in terms of engineering, although it does not have the technical complexity of the first section, where the Gaia and Campanhã stations are and where the entire Gaia urban crossing is. I fear that the competition will be very small, unlike what I thought before we started to study the project in depth.

**You even said that the Spanish armada was in full force to present for the second section contest now in January.**

The Spanish armada has armed itself to come. Now I don't know if it's going to fire. But there is a very strong consortium of three Spanish companies, there is. We are working to have our proposal as competitive as possible. It's going to be a struggle that we're going to take to the end, towards becoming the winners.

**You also said that you expected that your consortium would not be discriminated against compared to the Spanish for having won the first section. This statement may convey the idea that in these contests there is a high degree of subjectivity.**

I hope there is no subjectivity in dividing the eggs among several baskets. In the tenders, the one that is the best, with the most competitive proposal and the best quality, has to win. This idea that it needs to be split because of the perceived lack of capacity or risk is a false idea. It's not to benefit anyone, it's more in a logic of risk management that doesn't have to exist. The risk management is included in the tender. These statements that there is no installed capacity appear to be there to pave a path to a certain end. Where is the lack of capability? What works did the Portuguese companies stop doing or delay? What infrastructures are overdue and who is responsible for these delays? It cannot be said in a facile way that there is no installed capacity in the Portuguese construction industry. Capacity comes when there are opportunities. This type of statement is the reason why I said that I hope

we are not discriminated against because we are Portuguese and due to the fact that we won the first part of the high speed.

**In the past, did we then have works handed over to the Spanish deliberately so as not to be handed over to the Portuguese, discriminating against the Portuguese?**

Without a doubt.

**Has Mota-Engil never been able to win contracts in Spain?**

We can never drive in a nail.

**But have they entered many tenders?**

No, we have tried in the past. We had a company in Spain that we had to close, and we competed for several infrastructure tenders. There is protectionism.

**What if it were a Portuguese armada trying, would it have a better chance?**

It's a good challenge, but I don't believe it. It is not a matter of being Portuguese; it is a question that in Spain only the Spanish work, and in France only the French work, truth be told.

**So you're not going to try much more in Spain?**

No.

Case 1:25-cv-02090 Document 1-1 Filed 12/19/25 Page 13 of 31

26-12-2024, 08:39 Carlos Mota dos Santos, President of Mota-Engil: "The major delays in the works are all by Spanish companies" - Expresso



Nuno Botelho

## *"We have difficulty bringing qualified workers from other countries to Portugal"*

**Does the issue of a lack of human resources continue to be a challenge?**

Human resources are a challenge, not only here, but in Spain and elsewhere. Fortunately, the Government has now made an extraordinary decision, in the sense that there is a fast track, a more expeditious process, for companies that have the capacity to bring human resources from abroad and have the responsibility to create worthy working and living conditions and are responsible for their repatriation, if necessary. This is what the sector has been arguing for for a long time, since before the pandemic. We have 52,000 people within the group, we have Mota-Engil boards with dozens of years in the company, Angolans, Mozambicans, Brazilians, who can come to Portugal, they want to have a career within Mota-Engil, they want to have mobility, just as we had Portuguese mobility, we continue to be the largest employer of Portuguese outside Portugal, we have 1,100 Portuguese working outside Portugal. But we increasingly have other nationalities in the mobility framework. We work in 21 countries, but we have more than 80

different nationalities in the group and where we really struggle is to bring qualified workers from external markets where we are working for Portugal and there are other companies in the same situation. We have training capacity, we have people who want to come, we have people who speak the same language as us, they have a cultural matrix identical to ours, companies that are responsible for these people and fortunately, it has recently been decided that these companies have a more expeditious process of submitting visas and this is one of the ways of having an immigration policy that is thought out because Portugal needs immigration. We have to have quality, thought-out, planned immigration, but at the same time we need a mid-term professional training plan. Training is essential for both the construction sector and the industrial area and the services sector.

**The idea that we had uncontrolled immigration in the country has been bandied around. Being a group that needs immigrants, do you think this idea has any consistency?**

I don't like to get into political mud-slinging issues. I don't know if we have uncontrolled immigration or not, what I know is that we can have better controlled, or more selective immigration, and I think this will happen with the measures that have been announced. We have the capacity to be a better quality or more qualified immigration catalyst, namely through staff that are already from the company itself, who already have an employment contract with the company and where the company is responsible not only for their arrival but also for their accommodation, food, employment contract, etc.

**What can improve in this sector's ecosystem?**

A thorough review of the Public Procurement Code.

**The Government has announced a Construction Pact, what do you think of this initiative?**

Carlos Mota dos Santos, President of Mota-Engil: "The major delays in the works are all by Spanish companies" - Expresso

I think this government has a very clear idea what the priorities are, not only in terms of infrastructure, but it also has the timelines well in mind and knows what the constraints are for the implementation of said plan. One of the issues that I think will be reviewed and that hinders the public decision-maker's capacity is the Public Procurement Code, which is inefficient, completely outdated, and has been one of the major obstacles to good public management and a public decision-maker's ability to decide in favor of what is in the best public interest.

**Is there a need for less bureaucracy?**

Yes, we still have a lot at the level of licensing, at an urban level.

**What about litigation, which has delayed the start of the works?**

This topic is linked to the Public Procurement Code.



**Nuno Botelho**

Carlos Mota dos Santos, president of Mota-Engil: "The great delays in the works are all by Spanish companies" - Expresso

## *"We have to rethink the whole area of the environment, there are more demanding goals, and we need to look now at waste as resources and renewable energy sources"*

**In the area of the environment, the intention to invest in biomethane in Portugal was clear. What is your strategy for this business specifically?**

We are competing for 5 biomethane projects under the PRR, we are the largest national producer of biogas through EGF, and it makes sense to evolve in the value chain from being biogas converters to electricity to being biomethane producers. We obviously have the ambition not to do this exclusively through the area of urban solid waste, but also through the food industry, agriculture, and not just being producers, being there throughout the business chain to the end consumer. We have a very interesting project in this area, with a newly hired team that has this role and will be one of the key axes in the next strategic cycle post-2026. In the area of the environment, which is our second largest business, Europe has a very ambitious plan for 2035 in terms of environmental targets, namely limiting landfill by a maximum of 20%. This is associated with a very significant investment and I think it is urgent for the State to work with the various operators in the way this plan will be implemented. This plan must be implemented through investments in infrastructure that allow compliance with the goal of reducing landfill, and when I talk about infrastructure, I mean an increase in incineration capacity in Valorsul but also in Lipor and possibly in new units, one in the center and the other in the south, which should be thought of holistically and associated with another type of infrastructure that requires a large amount of energy. Examples of this are desalination plants, hydrogen production plants, and data centers. We need to make an investment that is an opportunity to create an ecosystem of infrastructures that make sense with each other. If we are going to have to have incineration, what are we going to do with that energy? Will we connect this energy to a desalination plant or will we definitely move forward with the hydrogen project that needs massive amounts of energy? Or will we connect to business opportunities, namely data centers that require massive amounts of energy? We want to work with the

Carlos Mota dos Santos, president of Mota-Engil: "The major delays in the work are all by Spanish companies" - Expresso

Government and the other entities, from the APA to other operators, to the regulator, etc., to have a view of what the next 20 years will be like. We have to rethink the whole area of the environment, there are more demanding goals and it is necessary to now look at waste as resources and sources of renewable or green energy that will allow us to enable other kinds of projects, namely desalination, an issue that is critical for the country, it is critical to have desalination plants. We have a water problem in Portugal that needs to be solved, because there is already technology. We have 800 km of coastline, we don't lack water, but it's salty...

**There are those who consider the goals set by the European Union as unrealistic and unattainable.**

I don't think they are unrealistic, they will be unattainable if we don't start working now and I hope that 2025 will be the year in which the Ministry of the Environment can, together with all the players in this market, have an ambitious plan. I am very hopeful that the minister of the environment and the secretary of state will be able to do what is necessary in order to have attainable goals.

**The European Union itself funds many of these projects.**

It's an opportunity, there are funds that can be channeled here, I think it's an opportunity to think about this not only to solve the problem of urban solid waste, but to enable another type of infrastructure, namely desalination or green hydrogen infrastructure or even data centers. It is necessary for the Minister of the Environment to have the ambition and decide. We are no longer waste handlers, we are resource operators.



**Nuno Botelho**

## *"We're not worried about Trump's return"*

**Are you concerned about the impact Donald Trump's return to the US presidency could have in Mexico, which has become a key market for Mota-Engil?**

Honestly, no. Canada, the United States, and Mexico are very interconnected not only in commercial terms but also in industrial terms. Each dollar that is exported from Mexico to the United States has a 40-cent incorporation of that dollar that comes from the United States itself. If it was already like this in Trump 1.0, it will still be more in Trump 2.0. Because after the pandemic, the world has become less globalized and the United States is going through a separation process, a "decoupling", from Asia, China, with the reindustrialization of the North American economy occurring since 2021 mainly in Mexico because it is in Mexico that there is a workforce available for this reindustrialization. And moreover, this creation of industry, of local employment in Mexico, is also a migration control policy of the United States itself. The migratory problem of the United States is not the Mexicans who cross the border, but rather the Central Americans who cross the southern border of Mexico and then want to reach the United States, so job creation

in Mexico is also a way to create conditions for better immigration control. Mexico has 130 million people and in the last 6 years has seen a middle class with some buying power emerge. And if we add Mexico to the population of the United States and Canada, we have a block of more than 500 million people, which is a very important domestic market, not as large in people as the European market, but with greater buying power than the European market, not as large, by far, as the Chinese or Indian markets, but with even greater buying power. We believe that this movement will continue to happen and this will lead to industrial-based projects, consequently the need for logistics infrastructure projects and also an increase in energy production capacity and distribution of this energy to accommodate all this reindustrialization, which will be mainly based on renewable energy because Mexico is also, or will have to, make this energy transition, just like Europe. I think that regardless of these political and rhetorical impulses of President Trump, at the end of the day, Americans are the most pragmatic people in the world, what matters is business and I think that there will be an increasing US investment in Mexico. That is why I think Mexico will be increasingly the target of integration of what is a North American economic block. In 2026 it will be the year of review of the NAFTA Economic and Commercial Treaty, this will be a very important point, it will be a hard negotiation. Therefore we are not concerned about the new Trump administration, on the contrary, I think there will be a much greater appetite than has been so far for US investors in the Mexican economy, namely in the sectors where we operate, infrastructure and energy. Mexico made a very large investment in infrastructure, the flagship was the Tren Maya in which we participated in large projects, but even if the Democratic Party had won, nearshoring is an inevitability. I think we are going to live in a less globalized, more fragmented world, and in this context, the United States will have a stronger industrial capacity, more oriented towards the domestic market and then obviously towards the foreign market in terms of exports. And that's why Europe has to start paving the way because otherwise it's going to lose competitiveness and productivity, and we're going to

Carlos Mota dos Santos, president of Mota-Engil: "The major atrasos are all by Spanish companies" - Expresso

be less productive. Why? Because our European productivity has been leveraged on demographic growth, which has stagnated. Since 2015, we have not grown demographically, our demographic pyramid is reversing, our working-age population is decreasing, so it is important to have greater productivity, because otherwise we will purely and simply stagnate. Europe must have a birth policy combined with an immigration policy because otherwise we will lose competitiveness against the United States, even more so against China and India.

**How do you see Europe's agreement with Mercosur?**

It is always relevant because we are talking about an agreement between the European Union and an economic bloc, although there were already investment agreements with some of these countries, namely Brazil. South America, namely those 3 countries where we are, Brazil, without a shadow of a doubt, Peru, a very stable market and very secure profitability, and Colombia, which continues to be a country of great opportunity, but with great political uncertainty, unfortunately, these are 3 markets that are pillars for us in that region of the world. So a Mercosur/EU agreement is always positive, regardless of whether Colombia does not belong to Mercosur, but we're talking about other countries, in particular Argentina, where we've been twice and had to leave. It is always positive to have an approach from the European bloc to the South American bloc.

**In Europe, Spain is a country where you have never succeeded, but you have recently taken a shareholding in a company that is now in trouble, Duro Felguera.**

This happened indirectly, through Mota-Engil Mexico, in conjunction with our partner in Mexico. It was a company that for us was important in instrumental terms to have skills in the Mexican market in the area of industrial engineering. Because of these capabilities, we recently won a contract for the construction and operation of a $1.2 billion fertilizer plant in Mexico, and it was using this logic that this investment was made. When due diligence was conducted on Duro Felgueira, some problems were identified that were provisioned in the accounts, namely a litigation problem in a project in Algeria. There is a complaint process with the

26/12/2024, 09:18 Carlos Mota dos Santos, presidente da Mota-Engil: "Os grandes atrasos nas obras são todos culpa das Câmaras e obrigam ao working capital by Spanish companies" - Expresso

customer, and this process has already been decided in the first instance in favor of the company. However, also for political reasons between Spain and Algeria, the company was recently confronted with news that Algeria's state-owned company was going to impose a fine on Duro Felguera. The company's understanding is that this has no basis of support, but because of this news, it decided to enter a 'pre-tender' process, which is the lightest form of creditor protection in Spain. We have a minority stake through Mota-Engil Mexico, and our partner in Mexico also has an indirect stake.

**You are not, then, interested in putting more money into Duro Felguera?**

No.

**You also recently invested in a mobility company in Spain, REMO.**

We've made a small investment in that company, we're still at the beginning, and we have great expectations. Interestingly, the Spanish market is far more behind than the Portuguese when it comes to electric chargers and charging station management. We think we have a large expansion market there. This company will provide us with greater capacity, namely management software for this type of infrastructure. Spain, along with Poland, are the markets in which in this specific area we are targeting ourselves to grow, obviously along with the Portuguese market which is already quite mature when compared to others.

## *"The Lobito corridor is the most important asset for the group"*

**What happened in Eastern Europe? You were in Poland and other markets but you ended up leaving.**

After Poland we have worked in a number of markets, such as Hungary, the Czech Republic, and Slovakia, but especially in Poland, which has always been our great market. Nothing bad happened, it was a market that we saw had some growth limitations and that was becoming more and more protectionist of local companies,

26/12/2024, 20:55 Carlos Mota dos Santos, presidente Mota-Engil: "Filed the workage all Spanish companies" - Expresso

with a lot of political instability, and in the meantime, there was an excellent opportunity to sell to a Hungarian group that wanted to enter the market. We started the negotiating process and the proposal was very interesting. We thought that at that time it made sense to sell the asset because we want to focus on other markets, namely African and Latin American markets.

**Africa, mainly due to Angola, is a natural market for the group.**

Mota-Engil is an African company in its DNA. When the company was founded, it soon began working in Angola, first in Cabinda and then in the rest of the country.

**We recently had the outgoing US. President Joe Biden visit Angola, and the Lobito corridor was in the spotlight. How important is this work to the group, which has taken shape in a 30-year contract?**

The work does not have a very significant value; it involves the rehabilitation of the railway line, but it has a very significant investment associated with the rolling stock. More than the work, it is the business itself that counts. It is a corridor that will be the backbone in terms of the logistics of the copper belt, in the area of the Democratic Republic of Congo, and then it has the possibility of having an extension to Zambia, which is one of the things that is being negotiated and that was one of the topics under discussion at the time of President Biden's visit. The corridor is the most cost-effective way to take those commodities, namely copper, from the Democratic Republic of Congo, to a port. If we want to transport copper to India, it is cheaper for it to come through the corridor from Lobito to the Atlantic and go on a vessel from the port of Lobito to India, than to leave by the Indian Ocean. Even more so in the context of a less globalized world and a commodity contest between the United States and China, transportation to the United States is much more competitive. Thus, it is such an important geostrategic and geopolitical infrastructure for the North American block, and it is not innocent [sic] for the US to finance its own infrastructure. This financing has two components, one of its own capital, in which Mota-Engil has already invested $150 million and our

25-12-2090, Carlos Mota dos Santos, presidente of Mota-Engil: "The major delays in the work are all by Spanish companies" - Expresso

partner in the concession, Trafigura, another one, and then the rest of the investment, which is not only in the rehabilitation but also in the acquisition of rolling stock, it will be financed through the DFC, which is a government entity of the United States. In other words, this financing comes from the North American State, it is not from the commercial banks, it is from the North American State itself. It is a financing that has been duly approved not only by the DFC but also by the US Congress, and this is proof of not only the geostrategic importance of this asset but also the value it has. I usually say in investor meetings that this asset is the most valuable that Mota-Engil holds, and fortunately, it seems that now this is finally being realized: not only because of its ability to make commodity pricing more competitive and for its ability to expand, in particular for Zambia, but especially in this increasingly polarized world where we, the Portuguese, have to do what we do well, which is to be in the right places, to be able to operate, and to have engineering and management capabilities. The corridor is working, we already operate several trains a week from the Democratic Republic of Congo. What we have to do is the rehabilitation of the line, to shorten the travel time, in addition to the investment in the rolling stock.

**And then from there, other infrastructure opportunities may naturally arise.**

Yes, there is a connection with the Indian Ocean. Basically, there are three exits to the sea in Kenya, Tanzania, and South Africa, in Durban. And now we have a fourth that is the first exit to the Atlantic, but the connection was almost all by road.

**Starting in 2015, the group began entering many other countries in Africa, namely with contracts related to mining. Is this a strategy to maintain?**

Carlos Mota dos Santos, President of Mota-Engil: "The major delays in the work are all by Spanish companies" - Expresso

Our strategy is relatively simple. There are 3 truly strategic markets in which we operate in depth, not only in the infrastructure market but also at the service level, as we are also a major service operator, namely urban solid waste collection and treatment services. These markets are Angola, Nigeria, and Mozambique. There is a fourth market that is smaller in size and of smaller potential, but which has been doing us well, which is Rwanda, where we recently were second-tier contractors of the new International airport near Kigali, where our customer – the dealer is Qatar Airways – is investing in a hub in East Africa. Then all the other markets have an logic of opportunism, not in the bad sense. We have a large unit, which is the industrial engineering unit, of which the main activity is contract mining, that is, we do operations for open pit mines and basically we are responsible for the entire operation of the mine until the delivery of the material to the processing plants. We do not have any type of commercial risk at the commodity price, nor any risk with mineral processing. Our responsibility is in the dismantling and delivery of the material. Our strategy has been to grow in this segment with tier 1 customers. We have companies like Rio Tinto in Guinea Conakry, Côte d'Ivoire, and South Africa as clients. And in 2025 we will be very close to a turnover of around 800 million euros in this type of activity. We currently have 12 contracts. The strategy is to follow the customer. We are basically talking about localized industrial units, and that is the reason that leads us to be in Guinea Conakry, Ethiopia, Senegal, and Mali. Then there is another component, which is the infrastructure area in which we have great expertise. In other words, if there is a large railway infrastructure, if the project is feasible, if it is well funded, etc., obviously we will be there. In Latin America, our key markets are Mexico, Brazil, Colombia, and Peru, but we are also expanding from the Port of Uruguay, from the Port of Mar de la Plata, which is once again accompanying a client.

**In 2014, you placed Mota-Engil Africa on the Amsterdam Stock Exchange, but this process did not go well. Does the sale of part of this subsidiary continue to be a hypothesis or is it something that is no longer on the table?**

26.12.24, 20:08 Carlos Mota dos Santos, presidente da Mota-Engil: "The major delays in the work are all by Spanish companies" - Expresso

This happened 10 years ago, and at the time we had a very concrete growth strategy in Africa. Our activity on that continent was much lower than today. Not only did we think there was value there that could be created through a capital increase – because there was a capital increase component with the opening to the market – but it could also be a way to find financing mechanisms because it was listed on the capital market. Our intention was initially the London market, then we went to Amsterdam. That was our goal. Unfortunately, things did not go as we expected for several reasons, due to the combination time-wise of the implosion of the Espírito Santo Group, but it was a very important process for us because we learned a lot. We have an obligation to learn more from failures than from successes. With successes, we can sometimes run the risk of getting intoxicated, and failures have the advantage of operating like a bath of cold water. Today we are not thinking about opening up the capital of Mota-Engil Africa. This does not mean that it cannot happen in the future, as in any other type of assets it may make sense to open up the capital as long as it falls within our strategic plan. In this plan, it is well outlined what we want to do by 2026. We now have a very interesting process internally, which is to start thinking about what the company will be in its 100th anniversary. We've been going for almost 21.5 years, it's something inspirational and aspirational and also motivational within the company and that will guide us for the next strategic plan.

**You have followed a logic of prudence at the level of indebtedness, will this be one of the guidelines for the coming years?**

We have been proving that we can grow in a healthy way, and now our big goal is to increase profitability and have an increasingly healthy balance sheet. Having a healthier balance sheet obviously means having control over debt-related ratios, more robust financial autonomy, and having an asset policy that is a value-generating asset.

**You had a 51% increase in profits in the first 9 months of the year and EBITDA (earnings before interest, taxes, depreciation, and amortization)**

Carlos Mota dos Santos, president of Mota-Engil: "The major delays on the worksites are by Spanish companies" - Expresso

**grew 11%. The order book has never been greater, €14.8 billion. And you have revised your strategic plan targets upwards, now forecasting €6 billion in turnover for 2026. How did you manage to get ahead on the goals so much?**

There was a combination of several things, but one of the decisive factors was Covid, which ended up bringing us good things. In the post-Covid period, there was a very significant investment in infrastructure. In Africa, without a doubt, and we were there. We had started to develop a financing strategy for the projects in Africa. Our risk of foreign exchange exposure is low and we do not have projects that are not properly funded, but also in Latin America, there was a very significant investment in infrastructure, namely in Mexico, with Tren Maya. The fact that we never stopped being present and operating during the pandemic gave us a very big competitive advantage over others. That, coupled with increased infrastructure investment, has made our order book grow significantly, but more important than that, in the first phase, it led to an entry into larger projects that we executed with quality and on time – and there is no better calling card or business policy than that. There was a lot of doubt as to whether we had the ability to perform and deliver the work. Good deliveries bring us more work and this, in a somewhat simplistic way, was the reason why we in 2021, 2022 and 2023 had such significant growth. 2024 will be a year of more modest growth compared to 2023 but exactly in line with what we had predicted, because after the very significant growth we had, our focus now is profitability, profitability, profitability. The sharpening of expectations is about profitability and not volume, we are comfortable with the volume we have but we are not yet satisfied with profitability, we want to improve.

## *"There was market manipulation with Mota-Engil shares"*

**In 2023, they were the champion of the Stock Exchange with a 238.4% increase in the price. From the beginning of 2024 until December 20, they were losing 30% and there were sharp declines caused by an investment fund**

considered a 'vulture', Muddy Waters, who bet on the stocks to fall. Should these movements be more controlled?

They should. I think there is market manipulation. I am not a capital market specialist or capital market regulation expert, but in my view, there was market manipulation, especially because this fund is extremely well-known in some markets. It had a complicated process with the SEC in the United States and a market manipulation process in Germany. I am absolutely sure that this fund is coordinated with other funds, because, although they have had a 0.65% short position that they have already lowered, we have even had a short position in the order of 14% of the free-float, which is very significant. There are no coincidences. This fund may be followed by other funds, but I take the view there has clearly been market manipulation. It's my personal opinion, it doesn't mean it's the company's opinion. I am a shareholder and as a shareholder I feel damaged by what happened and as a company executive I have a duty to protect all shareholders, from the smallest to the largest. I believe that there was a concerted action to destroy the value of the stock and that it obviously harmed all the shareholders, especially the small ones. There must be better regulation in relation to these matters.

**Are you aware of any investigation into what happened?**

No. We made a report to the CMVM (*Comissão do Mercado de Valores Mobiliários*) - Securities and Exchange Commission and we know nothing else. There is one thing I know, in this type of operation the shares have to be borrowed. The shares are held in banks, the banks should have explicit authorization from their clients to be able to lend these shares because otherwise I pay the bank to hold my assets and the bank lends my assets to devalue them. People don't know this, small shareholders don't know that their shares can be given as a loan for these kinds of contracts. I can't understand and I have no problem saying this...how are the banks not required to have an authorization from their customers for this type

Carlos Mota dos Santos, presidente da Mota-Engil: "The major delays in the works are all by Spanish companies" - Expresso

of loan agreement? The banks are responsible for the custody of their shares, and the customer gains nothing from it, he only sees his asset lose value. I think this is the antithesis of what is one of the functions of the capital market, which is to create value. I don't think the capital market is there to destroy value.

**You have been buying shares, just like some of your family members. Is there a family strategy for buying stock?**

No, we have the holding company and a significant part of the family works here, but the whole family, the third generation in particular of which I am a part, lives intensely with Mota-Engil, it is our life. So, where better to put our savings than in Mota-Engil itself? It's a great investment for us, we know it well, we have confidence, there's no better place to hold our savings, but always with a letter to the banks saying they're prohibited from lending the shares.

**In 2021 there was a significant change in the group's shareholder structure with the entry of CCCC - China Communications Construction Company, with 32.41%. Besides capital, what did this shareholder bring to the group?**

It brought three distinct but complementary dimensions. Commercially, with a giant like CCCC entering Mota-Engil's capital, there was a perception by customers that we finally had the ability to enter another league of projects. This is somewhat apparent, because we already had it, but the appearance is as important as the reality. There was this perception and this allowed us to access another league at the project level, and also through the partnership with CCCC itself, we won the first Tren Maya contest, which was a truly important project not only in Mexico but also in the group. And we also accessed another type of partnerships, namely with CRRC, which is the largest manufacturer of rolling stock in the world, and it is through them that today we have two contracts in Mexico in the metros of Guadalajara and Monterrey and also Medellín in Colombia, and we also have a consortium to compete for the Violeta line of the Lisbon metro, which includes the rolling stock component. We also access other types of customers, namely in the mining industry. Then we have a second dimension, which is an operational dimension. We have gained access to the world's largest procurement market, and

Carlos Mota dos Santos, President of Mota-Engil: "The major delays in the work are all by Spanish companies" - Expresso

that is also one of the reasons we are improving our operating margins. We started not only acquiring materials in China – we have a procurement center in China – with good financial conditions and more competitive prices, but also in the equipment area. We are an equipment-intensive capital company. We started accessing other kinds of equipment suppliers that bring us other kinds of solutions. Instead of having the asset inside the home, we started to have the asset outside the home, and we only have contracts for almost operational leases, but we are operating the equipment, which allows us to reduce capex, control debt, improve balance sheet expenses, and then have better profitability. And that had a positive drag effect from other large suppliers working with us. Then, obviously in the financial dimension, we started to have access to another financing market through Chinese commercial banking and even Japan. From Japan, we worked a lot with financial entities to acquire equipment. It also opened an Asian door for us from a funding standpoint that we will continue to explore.

**And projects in China, do you have any?**

No, although we are studying opportunities, we already have an opportunity today in Macau, in the area of the environment.

**Did it cost you that the family lost the majority capital stake in Mota-Engil, going to 40%, with the entry of the Chinese partner?**

No, it didn't cost anything, we remain the largest shareholder. There is in fact a very big cohesion and communion of the family around the company and because we like the company so much and because we believe in it, we have done something that is not normal. We thought this was the best for the company and I think this, without any kind of false modesty, is one of the characteristics that sets us apart a lot. It's a somewhat special family and business culture that has allowed us to get here and will allow us to go beyond our 100th anniversary. And I think this is one of the characteristics that unfortunately is missing a lot from the Portuguese businessman. We were the only construction company that gained scale through mergers. In Portugal there is a boss vision, there is no entrepreneur vision, there is no shareholder vision.

Case 1:25-cv-02090 Document 61-1 Filed 11/19/25 Page 30 of 31

Carlos Mota dos Santos, President of Mota-Engil: "The major delays in the works are all by Spanish companies" - Expresso

We, as shareholders, as the guardians of this house, a house that carries the name of our family, which was founded by my grandfather, had this responsibility. More than having 50%, more than being a majority, what is better for the group, for its more than 50,000 employees? What's best for growth? We prefer to be shareholders with 40% of something worth 2 billion than to have 60% of something worth 500 million. It didn't cost anything because we continue here, we're here every day, we're responsible for managing the company, we have a partner and this only improves us, it just professionalizes us, this way we're more rigorous.

**In a pure market logic, don't you fear that one day someone will arrive and do to Mota-Engil what Mota & Companhia did in 1999 to Engil, with the launch of a public acquisition offer?**

No, especially because we didn't do anything bad to Engil. Fernando Valadas only had 15% of Engil and wanted to sell... but I am not the best person to tell the story. I'm not afraid of a move like this. I would really like there to be larger construction companies and I think the State could create mechanisms to encourage mergers through tax benefits. And it would also be important that there be a policy to incentivize acquisitions of companies outside Portugal.

**RELATED**

President of Mota-Engil says "there was market manipulation" in the company's stock decline in September

Carlos Mota dos Santos: "We are not concerned about Trump's return."



Do you have any questions, suggestions, or criticism? Email me:
PLima@expresso.impresa.pt



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Muddy Waters - Expresso Interview Portugese 12.26.24**" is, to the best of my knowledge and belief, a true and accurate translation from Portuguese into English.

_____
Jacqueline Yorke

Sworn to before me this
December 2, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 2 7

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE